UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RODYS ANTONIO ESTUPIAN-RAMIREZ

    Petitioner

v.                                        Case No.:  8:08-cr-527-T-24MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER ON REMAND**

    This case is before the Court upon limited remand from the Eleventh Circuit for the purpose of determining whether Rodys Antonio Estupian-Ramirez merits an extension of the appeal period under Federal Rule of Appellate Procedure 4(b)(4).  The Court finds that he does.

    Rule 4(b)(4) provides that the district court may extend time to file a notice of appeal for a period not to exceed thirty (30) days from the expiration of the time otherwise prescribed by Rule 4(b) if the party shows excusable neglect or good cause.  Here, Estupian-Ramirez had 14 days from September 11, 2015 to file his notice of appeal.  (The Court denied the Motion for Retroactive Application of Sentencing Guidelines pursuant to Amendment 782 motion on September 11, 2015 and Clerk's office placed the order in the mail on September 14, 2015.).  Estupian-Ramirez filed his notice of appeal on October 5, 2015 (postmark on envelope), which was after the expiration of the appeal deadline but within thirty days after the expiration of the appeal period.

On December 30, 2015, this Court ordered Estupian-Ramirez to show cause why he failed to file a timely notice of appeal. (Dkt. 265). Estupian-Ramirez filed a response stating he did not receive this Court's denial of his motion until the "latter part of September, 2015, due to a recent change with the mailing operations at this FCC-Yazoo City Medium Facility." (Dkt. 266, attached to this Order as Exhibit 1). He went on to state that inmates' mail had been lost, delayed, and returned and that he filed his notice of appeal on October 1, 2015 within 10 days of the receipt of the order denying his motion. He attaches an undated memorandum to the inmate population at FCC Yazoo City saying that due to the implementation of operational efficiency initiatives, and postal service changes local mail delivery has been delayed in some instances several days. Dkt. 266 at 4.

Estupian-Ramirez is vague as to when he received this Court's order denying his motion stating it was the latter part of September. In addition, although the notice of appeal was dated October 1, 2015, it was not mailed according to the envelope until October 5, 2015. However giving Estupian-Ramirez the benefit of the doubt that incoming mail was delayed for circumstances beyond his control, the Court finds he has shown excusable neglect and good cause for granting an extension of time to file his notice of appeal.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of January, 2015.

SUSAN C. BUCKLEW
United States District Judge

Attachments: Dkt. 266 Petitioner's 1/15/2016 Response

Copy: Eleventh Circuit Court of Appeals